UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALAIN J. VIERGUTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DAIKIN APPLIED AMERICAS INC.,<br><br>    Defendant. | Case No. 1:18-cv-25345-JEM |

**DEFENDANT DAIKIN APPLIED AMERICAS INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant Daikin Applied Americas Inc., certifies that the following is a full and complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly held corporation that holds 10% or more of a party's stock):

Daikin Applied Americas Inc. – Defendant

Daikin Industries, Ltd. – Wholly-Owns Daikin Applied Americas Inc.

Jones Day, and attorneys Erika Whyte and Allison Waks – Counsel for Defendant

Alain J. Viergutz – Plaintiff

Granados Davey, LLP, and attorneys Michael Davey – Counsel for Plaintiff

Dated:   January 17, 2019

Respectfully submitted,

*s/ Erika S. Whyte*
Erika S. Whyte
Florida Bar No. 91133
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Email: ewhyte@jonesday.com

Allison L. Waks (admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
awaks@jonesday.com

*Counsel for Defendant Daikin Applied Americas, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2019, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will prompt service upon all counsel of record as identified on the Notice of Electronic Filing.

*s/ Erika S. Whyte*
Erika S. Whyte

*Counsel for Defendant Daikin Applied Americas, Inc.*